# Law Offices of Russo & Minchoff



India L. Minchoff, Esq.
Adam V. Russo, Esq.
Emma S. Funnell, Esq.*
* also licensed in New York, England and Wales

210 Union Wharf
Boston, MA 02109
www.russominchofflaw.com

Phone:   617.740.7340
Fax:       617.740.7310

**By E-File**

F.A.O. Maryellen Molloy, Clerk to Judge Saris
John Joseph Moakley United States Courthouse
1 Courthouse Way, Ste. 2300
Boston, MA 02210

September 20, 2023

    **RE:**    **Devine v. Town of Hull et. al.**
                **Docket No. 1:21-cv-11230-DPW**

Dear Ms. Molloy,

    Further to Judge Saris' inquiry during the hearing on September 7, 2023, I can confirm that the parties are making arrangements to engage in a private mediation.  We will continue to keep the Court updated as to the status of the matter.  Thank you.

                Kind regards,

                /s/ Emma S. Funnell

                Emma S. Funnell

cc. Counsel of Record