**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
                                      )
MICHAEL DEVINE,                       )
                 Plaintiff,           )
                                      )
v.                                    )
                                      )
TOWN OF HULL, TOWN OF HULL SCHOOL     )
COMMITTEE, DAVID TWOMBLY,             )    Civil Action
STEPHANIE PETERS, JENNIFER            )    21-cv-11230-PBS
FLEMING, LUCAS PATENAUDE, and ERIC    )
HIPP, each in their capacity as       )
Members of the Town of Hull School    )
Committee,                            )
                                      )
                 Defendants.          )
_____ )
```

**ORDER OF ADMINISTRATIVE STAY**

Saris, D.J.

On September 20, 2023, the Court was advised that the parties are engaging in private mediation (Dkt. 58).

It is hereby **ORDERED** that all motions, including the pending motion for summary judgment in this matter, are hereby **STAYED** pending the resolution of private mediation. Parties shall file a status report regarding settlements efforts by October 20, 2023.

By the Court,

Robert Farrell, Clerk

9/21/2023                     /s/ Clarilde Karasek
Date                          Deputy Clerk