UNITED STATES DISTRICT COURT
District of Massachusetts

DOCKET NO. 1:21-CV-11230-DPW

| | |
|---|---|
| MICHAEL DEVINE,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF HULL, TOWN OF HULL SCHOOL COMMITTEE, DAVID TWOMBLY, STEPHANIE PETERS, JENNIFER FLEMING, LUCAS PATENAUDE, and ERIC HIPP, each in their capacity as members of the Town of Hull School Committee,<br><br>    Defendants | <u>NOTICE OF APPEARANCE</u> |

Please enter my appearance on behalf of the Defendants, Town of Hull, Town of Hull School Committee, David Twombly, Stephanie Peters, Jennifer Fleming, Lucas Patenaude, and Eric Hipp, in the above matter.

DEFENDANTS

TOWN OF HULL, TOWN OF HULL
SCHOOL COMMITTEE,
By its attorney,

_____
Mark A. Tocchio (BBO# 713722)
KP Law, P.C.
 Town Counsel
101 Arch Street, 12th Floor
Boston, MA  02110-1109
(617) 556-0007
mtocchio@k-plaw.com

Date:  May 22, 2024
921752/60700/1163

CERTIFICATE OF SERVICE

I, Mark A. Tocchio hereby certify that on the below date, I served a copy of the foregoing Notice of Appearance, by electronic mail to the following counsel of record:

>India L. Minchoff, Esq.
>Emma S. Funnell, Esq.
>Law Offices of Russo & Minchoff
>123 Boston Street, 1st Floor
>Boston, MA  02125
>India@russominchofflaw.com

>Stephen J. Kuzma, Esq.
>100 High Street, 11th Floor
>Boston, MA  02110
>koozlaw@juno.com

Dated: May 22, 2024                                   Mark A. Tocchio, Esq.