UNITED STATES DISTRICT COURT
District of Massachusetts

DOCKET NO.:  1:21-CV-11230-DPW

| | |
|---|---|
| MICHAEL DEVINE,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF HULL, TOWN OF HULL SCHOOL COMMITTEE, DAVID TWOMBLY, STEPHANIE PETERS, JENNIFER FLEMING, LUCAS PATENAUDE, and ERIC HIPP, each in their capacity as members of the Town of Hull School Committee,<br><br>Defendants. | |

## NOTICE OF APPEARANCE

The undersigned hereby notices her appearance as co-counsel for Plaintiff, Michael Devine, in the above referenced action.

Attorney Emma S. Funnell,

*/s/ Emma S. Funnell*
Emma S. Funnell, Esq. (704217)
Law Offices of Russo & Minchoff
210 Union Wharf
Boston, MA 02109
617/740-7340 (telephone)
emma@russominchofflaw.com

## CERTIFICATE OF SERVICE

I, Emma S. Funnell, hereby certify that on May 22, 2024, a copy of the foregoing document was served upon counsel of record by efile.

/s/ Emma S. Funnell

Emma S. Funnell