UNITED STATES DISTRICT COURT
District of Massachusetts

DOCKET NO.: 1:21-CV-11230-DPW

MICHAEL DEVINE,

Plaintiff,

v.

TOWN OF HULL, TOWN OF HULL SCHOOL COMMITTEE, DAVID TWOMBLY, STEPHANIE PETERS, JENNIFER FLEMING, LUCAS PATENAUDE, and ERIC HIPP, each in their capacity as members of the Town of Hull School Committee,

Defendants.

## WITNESS LIST

**The following is a list of witnesses Plaintiff may call at trial:**

1. Michael Devine, Green Harbor, MA 02041;
2. Brian Mullin, Hanover, MA;
3. Attorney Michael Long, Norwell, MA;
4. Attorney Michael Maccaro, Braintree, MA;
5. Sheila Blair, Hull, MA;
6. Lori Condon, Hull, MA;
7. Jim Quatramoni, Hull, MA;
8. Maggie Ollerhead, Hull, MA;
9. Dr. Stephen Mahoney, Springfield, MA;
10. Katy Boucher, Scituate, MA;

**11.** John Willis, Bridgewater, MA;

**12.** Deborah McCarthy, Hull, MA;

**13.** Nick Carton, Alexandria, VA;

**14.** Ernest Minelli, Hull, MA;

**15.** Jonathan S. Shefftz (Expert), Amherst, MA;

**16.** Cathleen Goncalves, Pembroke, MA;

**17.** Susan Cook, Vorhees, NJ;

**18.** Leanne Marshalsea, Weymouth, MA;

**19.** Tara Grosso, Hull, MA;

**20.** Tara Plassman, Marshfield, MA;

**21.** Derek Sulc, Hanover, MA;

**22.** Elizabeth Londergan, Hull, MA; and

**23.** John Guilfoil, Groveland, MA (if not called by Defendants);

**24.** Gregory Foley, Sr., Medford, MA (if not called by Defendants).

Plaintiff reserves the right to call any witnesses designated by Defendants and those necessary for rebuttal.

**The following is a list of witnesses Defendants may call at trial:**

1. David Twombly, Hull, MA;

2. Stephanie Peters, Hull, MA;

3. Jennifer Fleming, Hull, MA;

4. Lucas Patenaude, Dorchester, MA;

5. Eric Hipp, Hull, MA;

6.  Judith Kuehn, Norwell, MA;

7.  Ryan Hauter, Quincy, MA;

8.  John Guilfoil, Groveland, MA;

9.  Gregory Foley, Sr., Medford, MA;

10. Tim Dalferro, Dorchester, MA;

11. Andrea Centerino, Braintree, MA;

12. Scott Paine, Scituate, MA; and

13. Frederick Ryan, Arlington, MA.

Respectfully submitted,

Plaintiff, Michael Devine,
By His Counsel,

*/s/ Emma S. Funnell*
India L. Minchoff, Esq. (652456)
Emma S. Funnell, Esq. (704217)
Law Offices of Russo & Minchoff
210 Union Wharf
Boston, MA 02109
Telephone (617) 740-7340
india@russominchofflaw.com
emma@russominchofflaw.com

Stephen J. Kuzma, Esq. (547522)
343 Commercial Street – Unit 210
Boston, MA 02109
Telephone (781) 929-2250
SJKuzmalaw@gmail.com

Defendants,
By Their Counsel,

*/s/ Deborah I. Ecker*
Deborah I. Ecker, Esq. (554623)
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA 02110-1109
Telephone (617) 556-0007
decker@k-plaw.com

## CERTIFICATE OF SERVICE

      I, Emma S. Funnell, hereby certify that I have caused a copy of the foregoing document to be served electronically on all parties who are registered participants of the Court's ECF system, and that I will serve by mail those parties who are non-registered participants, upon notification by the Court of those individuals who will not be served electronically.

Dated:  May 23, 2024                                                    /s/ Emma S. Funnell, Esq.