UNITED STATES DISTRICT COURT
District of Massachusetts

DOCKET NO.: 1:21-CV-11230

| | |
|---|---|
| MICHAEL DEVINE,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF HULL, TOWN OF HULL SCHOOL COMMITTEE, DAVID TWOMBLY, STEPHANIE PETERS, JENNIFER FLEMING, LUCAS PATENAUDE, and ERIC HIPP, each in their capacity as members of the Town of Hull School Committee,<br><br>Defendants. | |

## NOTICE OF APPEARANCE

The undersigned hereby notices his appearance as co-counsel for Plaintiff, Michael Devine, in the above referenced action.

Attorney Stephen J. Kuzma,

*/s/ Stephen J. Kuzma*
Stephen J. Kuzma, Esq. (547522)
343 Commercial Street, Unit 210
Boston, MA 02109
781/929-2250 (telephone)
sjkuzmalaw@gmail.com

## CERTIFICATE OF SERVICE

I, Stephen J. Kuzma, hereby certify that on May 29, 2024, a copy of the foregoing document was served upon counsel of record, Deborah Ecker, Esq., by email.

/s/ *Stephen J. Kuzma*

Stephen J. Kuzma